Decided September 9, 2009

### GODFREY BURTON ET AL. *v.* CITY OF STAMFORD

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 47 (AC 29468), is denied.

*Kenneth B. Povodator*, assistant corporation counsel, in support of the petition.

*William F. Gallagher*, in opposition.

Decided September 9, 2009